FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

2009 JAN 23 PM 3: 09

SAVANNAH DIVISION

CLERK_____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CRIMINAL COMPLAINT |
| v. | ) | |
| | ) | CASE NO. 09-03M |
| HARRY GALVIN BUTLER III | ) | |

SO 1213 - RBT

## CRIMINAL COMPLAINT

I, Clark Chadwell, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 17, 2009, in Chatham County, within the Southern District of Georgia, and elsewhere, defendant **HARRY GALVIN BUTLER III** did commit an offense against the United States, that is, did knowingly and willfully make a threat to take the life of or to inflict bodily harm upon the President-Elect of the United States, in violation of Title 18, United States Code, Section 871(a).

I further state that I am a Special Agent of the United States Secret Service and that this Complaint is based on the facts contained in the attached Affidavit, incorporated into and made a part hereof.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence.

Date: January 23, 2009   Place: Savannah, Georgia

_____
HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT

1.     I, Clark Chadwell, have been employed as a Special Agent of the United States Secret Service for the past seventeen years. I am currently assigned to the position of Special Agent in the Savannah Resident Office in the Southern District of Georgia. I have received training in the investigation of threats against protectees of this agency at the United States Secret Service James J. Rowley Training Center in Beltsville, Maryland. I have been actively investigating threats against protectees of this agency since June, 1991.

2.     On January 18, 2009, the United States Secret Service, Savannah Resident Office, was notified by Special Agent Jason Henslee, United States Secret Service, Protective Intelligence Operations Center, Washington, D.C., that he was contacted by U.S. Capitol Police Officer Hugh Thatcher concerning interactions between staff of Senator Saxby Chambliss and an individual located in Savannah, Georgia.

3.     On January 14, 2009, a male caller telephoned the Savannah office of Senator Saxby Chambliss. During that call, he voiced concerns about immigration issues and eventually began yelling. This telephone call was reported to Senator Chambliss's Washington office, which prompted a call back to the subject by the Senator's Chief of Staff. The subject, once again, began to argue about various political issues. During the call, the subject stated that he was a former Navy Seal, a pilot, and currently resided in Georgia. The Senator's Chief of Staff provided the subject with his e-mail address. Through subsequent e-mails received by the Chief of Staff from the subject, he was identified as Harry Galvin Butler III, of 219 East Charlton Street, Savannah, Georgia, 31406.

4. On January 17, 2009, Harry Butler sent a total of seven emails to Senator Saxby Chambliss's Chief of Staff. One e-mail questioned the legitimacy of President Obama's U.S. citizenship. In another, titled "Obama Wants Your Guns," Butler stated "That Slimy Maggot Obama Wants All of America's Guns, This Miserable Piece Of Crap Has Used Skin Color, the Media and Corrupt Money to Try and Destroy the Constitution. The saddest thing of all is that he almost succeeded."

5. In another e-mail, Butler set forth a list of demands to the U.S. Congress and stated that he was giving Congress "30 days to get this done." Included in his demands was that "U.S. Attorney Fitzgerald be appointed Special Prosecutor for taking care of Obama and his thugs." In this same e-mail, Butler made the following statements: "I'm Tired Of Telling Myself I'm Gonna Get Obama, I'm Gonna Get Obama, I'm Gonna Get Obama, I'm Gonna Get That SOB For Screwing With My God, My Country, My Family & Friends. I will pray the Seal Prayer tonight that when I wake up Operation Burnt Obama Toast Will Be A Thing Of The Past. Send this far and wide!" Butler ended this particular e-mail, as well as several others with the same Latin phrase, "Neca eos omnes. Deus suos agnoset." Special Agent Thomas contacted Father Douglas Clark of the Catholic Church, Diocese of Savannah, an individual who can speak and translate in fluent Latin. Father Clark translated the phrase as "Kill them all. God recognizes his own."

6. In an additional email to the Senator's Chief of Staff, Butler writes, "We are going to find out real soon what our Chief Justice is made of. Lets see if he is a man of his word or Pond Scum like that Maggot Obama as I thanked the Holy Trinity for all our blessings last night I was challenged by the Holy Spirit to say something nice about Obama. I was so proud of myself this morning when I really elevated the President Elect's status. Calling that Sorry SOB a

Maggot took all I could muster, I was proud of myself I know the Deity will be also. We MUST stop CHATTING about it and BE about it."

7. In another brief e-mail titled, "Comment by Harry G. Butler, III," posted on January 18, 2009, at 1:22 AM, Butler writes: "Dr. Orly Needs Help!!!!!!!!!!! These cases are hugely expensive. The Running Around + Paper Work can be $250,000.00. Follow my Lead and match My Donation. That is If You Want Your Family To Live Free + And Enjoy Freedom Like You have Enjoyed. My Computer Has Been Giving Me Fits And This Email Will Be In The Blind. Help Dr. Orly Now. I'm Fine, I've Got Bullets, Beans + Beer To Take Out About A Million OBOT's If They Come Around Here. However I Will Need Some Help hauling Off Bodies After It's Over With." The same e-mail also states, "Barack Hussein Obama, Boy, I Know You Are Out There Somewhere, The American People Are On To Your Masquerade Now. My Name Is: Harry G. Butler, III 217 East Charlton Street Savannah, GA 31401."

8. On January 22, 2009, Anita Butler was interviewed concerning the wellbeing of her brother Harry Butler by your affiant and USSS Special Agents William Griffin and Jeffrey Thomas at her residence of 473 Butler Ave., Savannah, Georgia. At the onset of the interview, Anita Butler stated that she was not surprised to see Secret Service Agents at her door, inquiring about her brother. Anita Butler confirmed that she had received the same e-mails on her personal computer from her brother as described above. Anita Butler further advised that her brother was currently suffering from Crohn's Disease and Colitis and was currently over-medicated. Anita Butler went on to state that her brother currently has a distorted view because of his medication and that the medication needs adjustment. Anita Butler said she was concerned about the e-mails that her brother was sending to government officials. She stated that her

brother had not come to grips with President Obama being elected and "seems to hate liberals, as he says it."

9. Anita Butler stated that her brother was a former Navy Seal and has a safe full of weapons at his home. Anita Butler advised that her brother did have a concealed weapons permit that he obtained around three years ago after being mugged. Anita Butler expressed concerns for the Agents' welfare should they attempt to make contact with her brother.

10. On January 22, 2009, your Affiant telephonically interviewed Galvin Butler, the son of Harry Butler, to discuss the mental condition of and to arrange a meeting with his father. Galvin Butler stated that it would be best to meet somewhere other than his father's residence due to the number of weapons there and how his father currently views government officials. Galvin Butler stated that his father gets very upset when people try to talk to him about any political topic. It was decided that it would be best to schedule a meeting at the U.S. Secret Service Office, 33 Bull Street, Savannah, Georgia at 9:00 a.m. on January 23, 2009.

11. On January 23, 2009, your Affiant received a call from Galvin Butler stating that his father was upset and refused to come to the office for an interview. Galvin Butler stated that his father was demanding to speak to your Affiant and was very irate. I briefly spoke to Harry Butler who was not in a stable mindset. Harry Butler shouted that he was going to sue everyone and that he was traveling to the Supreme Court today for an appointment. Harry Butler continued to ramble on about the Government and his military service record but at that time made no direct threatening statements.

12. On January 23, 2009, your Affiant received a fax from John W. Quesenberry, Director Information Management Unit, Georgia Department of Human Resources Division of Mental Health, stating that there is no record of Harry Galvin Butler in their database. During

interviews with Galvin Butler and Anita Butler both stated that they had no knowledge of any treatment received by their father for any kind for mental illness.

13. Due to the above facts and findings stated in this affidavit, there is sufficient probable cause to believe that Harry Galvin Butler knowingly and willfully made written threats against the President-Elect of the United States of America, all in violation of Title 18, United States Code, Section 871.

14. I make this affidavit in support of an application for an arrest warrant for Harry Galvin Butler, III. I swear or affirm that all the information contained in this Affidavit is true to the best of my knowledge and belief.

Affiant: _____
Special Agent Clark Chadwell
United States Secret Service

Sworn to and subscribed to before me this 23rd day of January, 2009.

_____
Hon. G.R. Smith
Magistrate Judge, Southern District of Georgia